# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.

THAOI T. PHAN
(address unknown)

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 93-0418L-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. ~~On or about~~ Between on or about September 19, 1991 & March 25, 1993 in Suffolk county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution, custody and confinement under the laws of the Commonwealth of Massachusetts for murder, in violation of M.G.L. Ch. 265 § 1, which crime is a felony under the laws of the Commonwealth of Massachusetts, from which said Thaoi T. Phan has fled.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent F.B.I.__ and that this complaint is based on the following
Official Title

facts:

See attached affadvait of Darryl J. Radt

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
DARRYL J. RADT

Sworn to before me and subscribed in my presence,

__March 25, 1993__                                at    __Boston, Massachusetts__
Date                                                     City and State

Lawrence P. Cohen
United States District Judge                        _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

SUFFOLK, S.S.                           BOSTON MASSACHUSETTS
                                        MARCH 25, 1993

### AFFIDAVIT

I, Darryl J. Radt, Special Agent, Federal Bureau of Investigation, first being duly sworn, do hereby depose and state:

1. The Federal Bureau of Investigation has been requested to assist the Suffolk County District Attorney's Office in the location and apprehension of THAOI T. PHAN (a copy of a letter from Ralph C. Martin II, Suffolk County District Attorney to A. John Pappalardo, United States Attorney, dated March 15, 1993, is attached hereto.)

2. I have been informed by Suffolk County District Attorney, Ralph C. Martin, II, as follows:

    a. THAOI T. PHAN was charged with the crime of First Degree Murder, by complaint filed in Boston Municipal Court on September 20, 1991;

    b. The crime of First Degree Murder is a felony under Massachusetts General Laws Chapter 265, Section 1;

    c. On September 20, 1991, an arrest warrant was issued by Boston Municipal Court for the apprehension of THAOI T. PHAN;

    d. Law enforcement efforts to locate THAOI T. PHAN, within the Commonwealth of Massachusetts have been unsuccessful;

    e. It is believed that THAOI T. PHAN, has fled the Commonwealth of Massachusetts and may presently be

        residing in or near California or New York State;

   f.   The Suffolk County District Attorney will rendite THAOI T. PHAN, if he is apprehended outside the District of Massachusetts.

3.   Attached hereto and made a part thereof are:

   a.   A certified copy of a criminal complaint dated September 20, 1991.

   b.   A copy of a letter from Ralph C. Martin II, Suffolk County District Attorney, to A. John Pappalardo, United States Attorney, dated March 15, 1993.

_____
DARRYL J. RADT
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 25th day of March, 1993.

_____
United States Magistrate Judge

| CRIMINAL COMPLAINT | | 9101 CR 8424 | Trial Court of Massachusetts Boston Municipal Court Department |
|---|---|---|---|
| Boston Municipal Court | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | |
| | Thoai Phan LNA 78 Perkins St Apt 3 Somerville, Ma | | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE BOSTON MUNICIPAL COURT DEPARTMENT The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below in the City of Boston and within the judicial district of Boston Municipal Court. |

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 11/1/69 | male | asian | 5'6" | 140 | | blk |

| C.C. # | |
|---|---|
| 11803487 | 601/702 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 9/19/91 | 65 Harrison Ave |

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| James J. Wyse/Callahan | Homicide Unit |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 9/20/91 | |

**COUNT-OFFENSE**
A. MURDER C265 S1

did assault and beat Chay Giang, with intent to murder said person, and by such assault and beating did kill and murder said person, in violation of G.L. c.265, s.1.

**COUNT-OFFENSE**
B. POSS. FIREARM, NOT HOME/WRK, NO LIC. C269 S10(a)

did knowingly have in his or her possession, or under his or her control in a vehicle, a loaded or unloaded firearm, as defined in G.L. c.140, s.121, the defendant not then being present in or on his or her residence or place of business, and not having in effect a license to carry firearms or otherwise being authorized or exempted by statute so to do, in violation of G.L. c269, s.10(a).

**COUNT-OFFENSE**
C.

A TRUE COPY ATTEST

*Francis M Sheil*

**COUNT-OFFENSE**
D.

CLERK MAGISTRATE

| COMPLAINANT OR AUTHORIZED OFFICER | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| X *James J Wyse* | X *Deputy Longo* | 9/20/91 | |

CHIEF JUSTICE
William J. Tierney

A TRUE COPY   CLERK-MAGISTRATE/ASST. CLERK   ON (DATE)

COURT ADDRESS
Boston Municipal Court
Criminal Division
Fourth Floor, New Court House

| APPLICATION FOR COMPLAINT | NUMBER | | Trial Court of Massachusetts Boston Municipal Court Department |
|---|---|---|---|
| ☐ ARREST  ☐ HEARING  ☐ SUMMONS  ☒ WARRANT | | | Boston Municipal Court, Criminal Division, Room 411 — Fourth Floor, New Court House Boston, MA 02108 |

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 09-20-91 | 09-19-91 | 65 Harrison Ave. |

| NAME, ADDRESS AND ZIP CODE OF COMPLAINANT | NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|---|
| Sgt. Det. T. Callahan Et-al B.P.D. Homicide Unit 273 "D" St. South Boston Ma. | 1. | Murder - 1rst Degree (601) | 265-1 |
| | 2. | Unlawful Carry F/a (7cd) | 269-10 |

| NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | |
|---|---|---|
| Phan, Thoai LNA 78 Perkins St. Apt 3 Somerville Ma. | 3. | |
| | 4. | |

IF ADDITIONAL OFFENSES CHECK HERE ☐ AND ATTACH.

### DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| I.C. # | DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 11-803487 | 11-01-69 | M | A | 5'6" | 140 | | Blk | 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 |

COURT USE ONLY → A hearing upon this complaint application will be held at the Boston Municipal Court, Rm. 411 on  DATE OF HEARING  TIME OF HEARING  AT  ← COURT USE ONLY

### CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OF PROPERTY Over or under $100. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Giang, Chay | A TRUE COPY Attest: Francis M. Steele CLERK-MAGISTRATE | | Gun |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS: On 09/19/91, at approximately 1330 hrs. the above named suspect approached the victim, Chay Giang and shot and killed him. Said incident taken place at 65 Harrison Ave. THE SUSPECT WAS IDENTIFIED BY SEVERAL EYEWITNESSES THROUGH PHOTO IDENTIFICATION

X _James J. Wyse_ SIGNATURE OF COMPLAINANT

IF PROCESS IS ORDERED, THIS APPLICATION MUST BE PRESENTED AT ONCE TO PLEADING CLERK AT ROOM 411

| NAMES OF WITNESSES | Recog. to S.C. | Give place of business or employment, if in Boston, otherwise, residence | ST. NO. |
|---|---|---|---|
| James J. Wyse | | B.P.D. Homicide Unit | |
| Charles Horsley | | 9/20/91 | |
| Randall Halstead | | | |
| Thomas Traylor | | | |
| WEYMOND LEE | | DIST ATT | |

State if defendant is arrested  No   Date of Arrest

COURT COPY



*The Commonwealth of Massachusetts*

DISTRICT ATTORNEY OF SUFFOLK COUNTY
RALPH C. MARTIN, II

NEW COURT HOUSE
BOSTON, MASSACHUSETTS 02108

Telephone (617) 725-8600

March 15, 1993

Honorable A. John Pappalardo
United States Attorney
Federal Building  Post Office Square
Boston, MA  02109

RE: THAOI T. PHAN
AKA:
DOB: 11/1/69

Dear Sir:

There is presently pending before the **Boston Municipal Court** Boston, Massachusetts, the case of the Commonwealth of Massachusetts vs Thaoi T. Phan. Warrant No.8424 charging him with first degree murder was issued for the arrest of this subject on September 20, 1991.

This crime is a felony under Massachusetts General Laws Chapter 265 Section 1 punishable by death or life in prison.

As a result of information received by our office this subject may be presently in or near California/New York.

I respectfully request that a Federal Unlawful Flight Warrant be issued for the apprehension of this subject. If arrested the Suffolk County District Attorney's Office will immediately initiate proceedings to return the subject to the Commonwealth of Massachusetts.

Please contact Lt. Det. James T. Curran, of this office, if any further information is required.(617-725-8680)

Very truly yours,

Ralph C. Martin II
District Attorney

RCM/md
#0252I
Rev:EJD/91