UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 93-MJ-0418-LPC |
| ) | |
| THAOI T. PHAN            ) | |

STATUS REPORT

In response to Magistrate Judge Swartwood's Conditional Order of Dismissal, dated February 8, 2005, the government hereby requests that the above-captioned case remain open. The government advises that a warrant remains outstanding in Suffolk County against the defendant for the crime of murder. In addition, should the defendant be apprehended, the Suffolk County District Attorney's Office will go forward with its prosecution against the defendant on the charge of murder.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney,
By:


/s/ William H. Connolly
WILLIAM H. CONNOLLY
Assistant U.S. Attorney



DATE:    February 25, 2005

-1-